**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Laura Rogal (025159)
lar@jaburgwilk.com

Attorneys for Plaintiff

**United States District Court**

**For The District Of Arizona**

| | |
|---|---|
| Heidi Powell, an Arizona resident, | Case No. |
| Plaintiff, | **Complaint** |
| v. | |
| Kent Powell and Heidi Powell, husband and wife, | |
| Defendants. | |

For her Complaint against Defendants Kent Powell and Heidi Powell ("The Powells"), husband and wife, Plaintiff Heidi Powell alleges as follows:

1.      Plaintiff Heidi Powell is an Arizona resident.

2.      Upon information and belief, Defendants Kent Powell and Heidi Powell are husband and wife and, at all relevant times hereto, residents of the State of Washington.

3.      This Court has jurisdiction under 15 U.S.C §1114 (cybersquatting) and 28 U.S.C. § 1331 (federal question).

4.      Venue in this District is proper under 28 U.S.C. § 1391(b). A substantial part of the acts complained of occurred in this District, and Defendants are subject to personal jurisdiction in this District.

## General Allegations

5.      Heidi Powell has used her name in the public eye since 2010 when she launched her health and fitness blog.

6.      In 2011, Heidi Power first starred in a reality television show.

7.      In 2014, after many appearances on ABC's *Extreme Weight Loss,* Heidi Powell officially became the co-host of ABC's *Extreme Weight Loss*.

8.      Heidi Powell is also a best-selling author, having coauthored two New York Times Best Seller books with her husband, Chris Powell, who is also a transformation specialist on *Extreme Weight Loss*.

9.      As a result of her extensive public exposure, Heidi Powell is a celebrity.

10.     As a result of her public presence, the name Heidi Powell has become synonymous with positive and empowering life transformations.

11.     Heidi Powell has continuously and exclusively used the name HEIDI POWELL in connection with physical fitness consultation and instruction since 2010.

12.     Heidi Powell has continuously and exclusively used the name HEIDI POWELL in connection with providing information in the field of exercise and fitness training and weight loss since 2010.

13.     Heidi Powell has continuously and exclusively used the name HEIDI POWELL in connection with providing a website featuring information on exercise, fitness and nutrition since 2010.

14.     Heidi Powell has continuously and exclusively used the name HEIDI POWELL in connection with promoting the goods and services of others by providing a

18796-18796-00001\MCS\DAG\2147702.1

JABURG|WILK
Attorneys at Law

website featuring product reviews, links to the retail websites of others, and discount information since 2010.

15.     Through Heidi Powell's continuous and exclusive use of the name HEIDI POWELL in connection with the above-listed services, HEIDI POWELL has acquired distinctiveness as identifying a single source of the services.

16.     On April 19, 2016, Heidi Powell applied to register the trademark HEIDI POWELL in connection with  physical fitness consultation and instruction; providing information in the field of exercise and fitness training and weight loss; providing a website featuring information on exercise, fitness, nutrition, weight loss, parenting, children's clothing, how to dress, how to love yourself and embrace your flaws, mental health; and promoting the goods and services of others by providing a website featuring product reviews, links to the retail websites of others, and discount information with the United States Patent & Trademark Office, Serial Number 87006291.

17.     In 2012, well after Heidi Powell had become a public figure, and as part of the logical zone of expansion of her media empire, Heidi Powell attempted to register the domain name www.heidipowell.com (the "Domain Name") to bring together all of Heidi Powell's digital media in one central platform.

18.     When Heidi Powell attempted to register the domain name she learned that it was already taken by Defendant Kent Powell.

19.     Upon information and belief, Kent Powell registered the Domain Name with GoDaddy on or around November 26, 2005.

20.     Heidi Powell sought to purchase the Domain Name from Kent Powell because the website was simply a parked site without any content, and because the Domain Name is identical to the HEIDI POWELL trademark.

21.     Kent Powell refused to sell the Domain Name to Heidi Powell.

18796-18796-00001\MCS\DAG\2147702.1

JABURG|WILK
Attorneys at Law

22.     Unable to procure the Domain Name, Heidi Powell instead obtained heidipowell.net, which currently contains Heidi Powell's blog, an online shopping portal, and easy access to all of Heidi Powell's social media channels, including Facebook, Twitter, Instagram, Pinterest, and YouTube.

23.     The Domain Name remained in parked status, meaning the domain was registered but not associated with any services such as email or a website containing content, up until approximately May 21, 2016.

24.     Upon information and belief, during the time that Kent Powell had parked the Domain Name, it would occasionally redirect to a website located at clicktocallmobile.com, which is a website offering website design. *See* Screenshot of www.clicktocallmobile.com/contact, attached hereto as **Exhibit "A".**

25.     Sometime after March 12, 2016, Kent Powell changed the forwarding for the Domain Name and caused the Domain Name to be free parked with GoDaddy, meaning that the Domain Name then showed advertisements of third-party websites of GoDaddy's choosing. *See*, e.g., Screenshot of the Domain Name taken May 2, 2016, attached hereto as **Exhibit "B"**.

26.     On or around May 21, 2016, Kent Powell transferred the domain name to Domains By Proxy, LLC.

27.     Domains By Proxy is a private registration service that allows consumers to mask the true registrant of a domain name.

28.     Although Domains By Proxy appears on any report as the registrant of the website, the true registrant of the domain name still maintains full control over the domain name, and is responsible for selling and renewing the domain name, as well as controlling any and all content on the website.

29.     Upon information and belief, Kent Powell is currently the true registrant of the Domain Name and, as such, maintains full control over whether he sells or

transfers the Domain Name and what content appears on the website that the Domain Name redirects to.

30. In late May 2016, counsel for Heidi Powell left a voice message for Kent Powell, who was still listed as the registrant for the Domain Name as of May 20, 2016.

31. Kent Powell's wife, Heidi, returned the telephone call on May 20, 2016 and told counsel that she had no interest in selling the Domain Name.

32. Sometime after May 20, 2016, The Powells changed the content of information located at the Domain Name from a parked website to a landing page for Defendant Heidi Powell. *See* Screenshot of the Domain Name as of June 20, 2016, attached hereto as **Exhibit "C"**.

33. Upon information and belief, once Defendant Heidi Powell was advised that Heidi Powell was interested in purchasing the Domain Name, Defendants deliberately altered the content located at the Domain Name to make it appear as though they were using the Domain Name for a legitimate purpose.

34. Upon information and belief, prior to May 21, 2016, Defendants were not using the Domain Name for any legitimate purpose.

35. Upon information and belief, The Powells have used the Domain Name for the purpose of personally and financially benefitting from the goodwill associated with the HEIDI POWELL trademark.

36. 15 U.S.C. §1125(d) prohibits cyber piracy, which is where a domain name is identical or nearly identical to an existing trademark, including a personal name, and is used to divert consumers searching for the trademark to the similar domain name.

37. Consumers attempting to find Heidi Powell have been redirected to the parked pages and landing pages controlled by The Powells and It is highly likely that consumers attempting to find Heidi Powell in the future could and will be directed to the Domain Name instead.

38.     Congress passed the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) (hereinafter "ACPA") in 1999 as an amendment to the Lanham Act. Congress enacted the ACPA because cybersquatting "threatened 'the continued growth and vitality of the Internet as a platform' for 'communication, electronic commerce, education, entertainment, and countless yet-to-be-determined uses.'" *Virtual Works, Inc. v. Volkswagen of America Inc.*, 238 F.3d 264, 267 (4th Cir.2001).

39.     The statute is designed to reach activities that might otherwise fall outside the scope of the Lanham Act, i.e., the bad faith registration of domain names with intent to profit from the goodwill associated with the trademarks of another, or "cybersquatting." *See* S.Rep. No. 106-140, at 4 (1999).

40.     "Cybersquatting occurs when a person other than the trademark holder registers the domain name of a well-known trademark and then attempts to profit from this by either ransoming the domain name back to the trademark holder or by using the domain name to divert business from the trademark holder to the domain name holder.

41.     The bad faith required to support a cybersquatting claim is not general bad faith, but "a bad faith intent to profit from the mark," 15 U.S.C. § 1125(d)(1)(A)(i).

42.     Defendants' actions indicate an intention to profit specifically from the goodwill associated with the HEIDI POWELL mark.

43.     Defendants are not engaging in a bona fide offering of goods or services or a legitimate noncommercial or fair use of the Domain Name; but rather are misleadingly diverting consumers who have become familiar with the HEIDI POWELL mark through extensive media exposure.

## **Count One**

### **(Violation of 15 U.S.C. §1125(d))**

44.     Plaintiff realleges each of the allegations in this Complaint as though set forth fully herein.

18796-18796-00001\MCS\DAG\2147702.1

JABURG|WILK
Attorneys at Law

45.     The HEIDI POWELL mark is a personal name which is a protected mark under 15 U.S.C. §1125.

46.     Defendant Kent Powell is the true and correct owner of the Domain Name.

47.     Upon information and belief, Defendants have a bad faith intent to profit from their use of the HEIDI POWELL mark.

48.     Defendants have used, and continue to use, the Domain Name despite request from Heidi Powell to cease doing so.

49.     As owner and exclusive licensee of the Trademark contained in the Domain Name, Plaintiff seeks the transfer of the Domain Name and/or the forfeiture or cancellation of the Domain Name as provided for in the ACPA. 15 U.S.C. § 1125(d)(2)(D)(i).

**Count Two**

**(Violation of 15 U.S.C. § 8131)**

50.     Plaintiff realleges each of the allegations in this Complaint as though set forth fully herein.

51.     Plaintiffs incorporate each of the allegations herein as if fully restated.

52.     This cause of action arises under 15 U.S.C. § 8131, "Cyberpiracy protections for individuals."

53.     The Domain Name consists of the name of another living person, specifically Heidi Powell.

54.     Defendants registered the Domain Name without Heidi Powell's consent and maintains the Domain Name with the specific intent to divert users who are searching for Heidi Powell.

55.     Defendants' violations of 15 U.S.C. § 8131 have caused Heidi Powell to sustain monetary damages, loss, and injury in an amount that is unknown and cannot be

calculated by Heidi Powell at present and, therefore, must be determined at the trial of this action.

56.     Defendants' violations of 15 U.S.C. § 8131 have also caused irreparable injury to Heidi Powell, and unless these violations are enjoined by this Court, they will continue, and Heidi Powell will continue to suffer irreparable injury.

57.     Defendants actions in violation of 15 U.S.C. § 8131 were knowing, deliberate, and willful.

58.     Pursuant to 15 U.S.C. § 8131(2), Heidi Powell requests injunctive relief specifically, transfer of the Domain Name to Heidi Powell.

## Count Three
### (Declaratory Judgment)

59.     Plaintiff realleges each of the allegations in this Complaint as though set forth fully herein.

60.     A controversy has arisen between Heidi Powell and Defendants with regard to their respective rights and other legal relations regarding legal right to the Domain Name.

61.     Pursuant to 28 U.S.C. §2201, Heidi Powell has standing to seek and is entitled to obtain a declaratory judgment to publically state and declare that the Domain Name has been used by Defendants for an improper purpose to benefit from the goodwill associated with the HEIDI POWELL mark.

WHEREFORE, Plaintiff Heidi Powell requests that Judgment be entered in its favor and against Defendants Kent Powell and Heidi Powell as follows:

A.     For an Order directing that the Registrar of the Domain Name immediately transfer registration of the Domain Name from Defendants to Plaintiff;

JABURG|WILK
Attorneys at Law

B.     For an Order declaring that Defendants have used and registered the Domain Name in bad faith and for the sole purpose of benefitting from the goodwill associated with the HEIDI POWELL mark; and

C.     For such other and further relief as the Court may deem proper and just.

DATED this 18th day of July, 2016.

**Jaburg & Wilk, P.C.**

/s/Maria Crimi Speth
Maria Crimi Speth
Laura Rogal
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiff


EXHIBIT A



← → C 🔒 www.clicktocallmobile.com/contact

▦ Apps 🔗 LogMeIn 📁 Imported From Firefo... 🍎 Apple 🍎 iCloud 📘 Facebook 🐦 Twitter 📁 News 📁 Popular 📁 Imported From...

**Home**          **Responsive Design**



Safari ⭐ Bookmarks 📁 Imported

**Devices**   **Portfolio**   **About**   Contact   **Schedule**



📅   **Schedule Meeting**

*e love what we do...*

nesses "Go Mobile" with their websites.
usinesses get customers in the door.
e'd love to help you too!

*s a call or send a message!*

to hearing about your business needs.

**60-610-7006**





**Home**          **Responsive Design**



*Heidi Powell - Ma*

## MESSAGE US....

**Full Name**

**Message**

**Best Time Of Day To Reach You**

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

Devices     Portfolio     About     **Contact**     Schedule

*rketing Consultant - Website Designer - Owner*

Best Email Address                Area Code +Phone

How Did You Find Us?

Send Message



**Home**          **Responsive Design**



**Message**

**Best Time Of Day To Reach You**

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

f Share   🐦 Tweet   in Share

g+ Share   ✉ Mail

All Rights Reserved 2015, 2016 - Click To Call Website De

Safari ★ Bookmarks 📁 Imported

**Devices**        **Portfolio**        **About**        **Contact**        **Schedule**

### How Did You Find Us?

▼

**Send Message**

## 360-610-7006

(f) (t) (g+)

**Heidi Powell** Website Designer
**Marketing Consultant**

sign - Heidi Powell - Marketing Consultant - 2950 Newmarket St., Suite 101-128, Bellingham, WA 98226




EXHIBIT B



Welcome to: **heidipowell.com**
This Web page is parked for FREE, courtesy of GoDaddy.com.



Share a $9.99* .COM
with friends!

### Search for domains similar to
**heidipowell.com**

**Get Started**

**Is this your domain?**
**Let's turn it into a website!**          Get Started

**OR**

**Would you like to buy this**
**domain?**                                Learn More

**Sponsored Listings**

**Breast Augmentation $4999**
www.stutmanplasticsurgery.com   Stutman Plastic Surgery Silicone Gel Implants

**Shemesh Summer Camp**
www.shemeshatthej.org/Summer-Camp   Traditional, Sports & Specialty. Sign Up For
5 Weeks & Save!

**How To Patent Your Idea**
www.inventionhome.com   3 Easy Steps To Patent & Make Money Get A Free Patent
& Invention Kit

**3 Worst Foods for Thyroid**
medixselect.com   The One Thing You Should Be Eating For Your Thyroid Every
Morning.

**BodyCandy - Official Site**
www.bodycandy.com   Shop All Kinds of Stylish Jewelry. Use Code "BC15" For 15%
Off Now!

**1 Tip of a flat belly :**
superfatburningfats.com   Cut down a bit of your belly every day by using this 1 weird
old tip.

**4 Foods to never eat :**
biotrust.com   Cut down a bit of your belly every day by never eating these 4 foods.

**Can't Lose Weight?**
thyroid-weight-loss.com   "It's Your Hormones!" Says MD A Simple Thyroid Fix Is the
Answer.

**$5,775 Grants for Women**
collegegrants.comparetopschools.com   See If You Qualify for a $5,775 Grant to Help
Pay for College.

**Summer Camps**
www.idtech.com/SummerCamps   iD Tech Camps @ 150 Campuses. Age 7-18. Learn
Design, Code, Film.

# $0.99* .COM

## THE domain at THE price.

**GET YOURS**

**Visit GoDaddy.com for the best values on**
Domain names  ▪  Web hosting  ▪  Website builders  ▪  Email accounts  ▪  SSL Certificates  ▪  eCommerce tools  ▪  See product catalog

*Restrictions apply. See website for details.

Copyright © 1999-2016 GoDaddy, LLC. All rights reserved. Privacy Policy


EXHIBIT C

Website
Design

Heidi Powell Website
Designer
Marketing Consultant

HeidiPowell.com
Since 2005

## About Heidi Powell



Heidi lives in the Great Pacific Northwest, between Seattle Washington and Vancouver BC, with her dear husband Kent, of 37 years. Together they have two beautiful daughters and two equally beautiful grandchildren, the joys of their lives.

Heidi and Kent have worked in the marketing and advertising world for over 25 years, helping hundreds of small business owners get customers through their doors. When it comes to advertising your business they are experts in the field. Both Heidi and Kent hold knowledge of what is currently working for local businesses and the unique markets they serve.

Heidi offers free advice to local businesses needing facts on various forms of ad investments and web presence. Online & offline she assists with Google PPC, Facebook Ads, Google My Business Profiles, Facebook Fan Page set up, listing your business in the top search engines and data aggregators, directory print advertising, yellow page audits of your ad program with YP or other directory companies (to determine if you're loosing or gaining from the program), recommendations of what directories to be in (yes you read that, correctly, directory advertising is still paying off in 2016, regardless of what you've heard), building mobile optimized websites, SEO, as well as citations & mentions of your business across the internet. Heidi's goal is to help small businesses succeed at being found, while promoting a company's vision in an affordable and meaningful way.

In addition to her marketing expertise Heidi has strong organizational skills and is multi-artistically talented. She has been interested in art since the age of 5, became a dancer at age 8 and continued with formal training through High School. In the mid 70's Heidi tried out for and was voted into membership of Spokane Washington's elite, all city, talent club "Dasidrian" which was formed in 1922. Heidi danced for local civic and philanthropic groups, in repertory theater and on television. She majored in Commercial Art in college and draws her energy from the creative process. Some of her pen & ink art has been featured in national magazines. One of her designs, created for a local community, won an award. She's done window display and window painting, owned a graphic business which designed logos, print products and created a local direct mail publication featuring offers from businesses throughout Whatcom County. The book was published every six weeks for over four years.

She's creative! Heidi loves creating from all mediums. While holding the "Cultural Arts & Crafts Director" position at The Boy's & Girls Club of Whatcom County she designed and built elaborate props for the first ever, public haunted houses in Bellingham WA. Heidi did set design for haunted house TV commercials for KVOS and set design for a Vancouver BC attorney's commercials. She designed and built elaborate props for the Whatcom County Humane Society Gala Auction (a giant dog house for the auctioneer to stand in, plus other elaborate, animal related props). She built two award winning "Ski to Sea" parade floats, one most difficult, adorned with a giant 7 foot animated whale that spouted water from it's blow hole, as it traveled down the street. Kent is her greatest champion and says "there's nothing that she can't create or build".

If you're a small business in need of marketing advice or in search of a website design that represents your business in the way you envision it, give her a call. If you are looking for someone to brainstorm or think tank creative ideas, give her a call. She'd love to listen and talk to you, exploring the possibilities of helping your business be seen!

### Kent & Heidi Powell





Here we are at the "Domestic Violence & Sexual Assault Services - Hands For Hope Auction". We were caught by surprise when our daughter won the bid on the Caribbean Cruise! So excited for them!

 **Website Design**

---

*"Where we live, work, and play, comes our inspiration" - Heidi Powell*
Mount Baker - Heidi Powell ©

---

### A beautiful place to live, work and play!



"We spend our time rejuvenating, combing the local beaches, strolling the waterfront boardwalk and fishing in the small lakes around the area.

Loving the water and islands we take short trips to the San Juan Islands several times a year. The islands are a stones throw away and visible from our shore and hilltops. Our marina provides sight seeing boat trips out to see the Orca whales pods and a joyful experience when they appear.

If all that wasn't enough, Mount Baker to the east in all her glory can be seen from various locations around town.

We are truly fortunate to live and love in this place we call home." ~ Heidi



Kent Fishing Lake Samish With The Dog


Bellingham Bay
Heidi Powell ©


Silver Lake
Heidi Powell ©


Baker Lake
Heidi Powell ©




Heidi & Kent
Heidi Powell ©




Squalicum Harbor
Heidi Powell ©


Roche Harbor - Heidi Powell ©

Bellingham Bay
Heidi Powell ©

---

Orca Whale - Spotted On Our Latest Whale Watch Adventure - San Juan Islands
Heidi Powell ©

---

 Contact Form

Heidi Powell Website
Designer
Marketing Consultant

 Schedule Meeting

360-610-7006

HeidiPowell.com
Since 2005

  

 



All Rights Reserved 2015, 2016 - Click To Call Website Design - Heidi Powell - Marketing Consultant - 2950 Newmarket St., Suite 101-128, Bellingham, WA 98226