**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Laura Rogal (025159)
lar@jaburgwilk.com

Attorneys for Plaintiff

## United States District Court

## For The District Of Arizona

| | |
|---|---|
| Heidi Powell, an Arizona resident,<br><br>          Plaintiff,<br><br>v.<br><br>Kent Powell and Heidi Powell, husband and wife,<br><br>          Defendants. | Case No. 2:16-cv-02386-SRB<br><br>**Plaintiff's Motion for Voluntary Dismissal**<br><br>(Assigned to the Hon. Susan R. Bolton) |

Pursuant to Rule 41(a)(2), Fed.R.Civ.P., Plaintiff Heidi Powell, moves for a voluntary dismissal of her Complaint. It is Plaintiff's position that this dismissal is pursuant to mutual agreement of the parties. Defendants, however, refuse to execute a stipulation to effectuate the parties' agreement. Therefore, Plaintiff moves to unilaterally dismiss her Complaint voluntarily.

DATED this 15th day of September, 2016.

**Jaburg & Wilk, P.C.**

/s/Maria Crimi Speth
Maria Crimi Speth
Laura Rogal
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiff

18796-18796-00001\MCS\DAG\2234105.1

*Certificate of Service*

I hereby certify that on September 15, 2016, I electronically transmitted the attached document and exhibits to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David E. Weslow
Wiley Rein LLP
1776 K Street NW
Washington, DC  20006

Ari Scott Meltzer
Wiley Rein LLP
1776 K Street NW
Washington, DC  20006

/s/Debra Gower

18796-18796-00001\MCS\DAG\2234105.1