**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Laura Rogal (025159)
lar@jaburgwilk.com

Attorneys for Plaintiff

**United States District Court**

**For The District Of Arizona**

| | |
|---|---|
| Heidi Powell, an Arizona resident,<br><br>                   Plaintiff,<br><br>v.<br><br>Kent Powell and Heidi Powell, husband and wife,<br><br>                   Defendants. | Case No. 2:16-cv-02386-SRB<br><br>**Plaintiff's Notice of Filing First Amended Answer to Counterclaim**<br><br>(Assigned to the Hon. Susan R. Bolton) |

PLEASE TAKE NOTICE that Plaintiff hereby files her First Amended Answer to Counterclaim as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1) and Local Rule of Civil Procedure 15(b). A redlined version of the First Amended Answer to Counterclaim is attached hereto.

DATED this 29th day of September, 2016.

**Jaburg & Wilk, P.C.**

/s/Maria Crimi Speth
Maria Crimi Speth
Laura Rogal
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiff

18796-18796-00001\MCS\DAG\2245931.1

1

*Certificate of Service*

2   I hereby certify that on September 29, 2016, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing, and for transmittal
3   of a Notice of Electronic Filing to the following CM/ECF registrants:

4

5                           David E. Weslow
Wiley Rein LLP
6                           1776 K Street NW
Washington, DC 20006

7                           Ari Scott Meltzer
Wiley Rein LLP
8                           1776 K Street NW
Washington, DC 20006

9

10

11                                      /s/Debra Gower

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

18796-18796-00001\MCS\DAG\2245931.1