**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Laura Rogal (025159)
lar@jaburgwilk.com

Attorneys for Plaintiff

# United States District Court

## For The District Of Arizona

Heidi Powell, an Arizona resident,

        Plaintiff,

v.

Kent Powell and Heidi Powell, husband and wife,

        Defendants.

Case No. 2:16-cv-02386-SRB

**Plaintiff's Motion for Sanctions**

(Assigned to the Hon. Susan R. Bolton)

     Pursuant to Fed. R. Civ. P. 11 & 28 U.S.C. § 1927, Plaintiff Heidi Powell hereby files her Motion for Sanctions against Defendants and their counsel for their continued frivolous pursuit of unfounded counterclaims against Plaintiff. Defense counsel's actions were taken for the improper purpose of generating publicity and harassing and needlessly increasing the cost of litigation, in violation of Rule 11. Defendants are aware that certain of their allegations and claims have no basis in fact or law. Specifically, Defendants know that Plaintiff's allegations did not result in the disabling and/or suspension of the domain name at issue; they know that they do not own the domain name because it is part of their previous bankruptcy estate; and they know that statutory damages are inapplicable under these facts.

JABURG|WILK
Attorneys at Law

Plaintiff also seeks sanctions under 28 U.S.C. § 1927 for unreasonably and vexatiously multiplying the proceedings in this matter. This Motion for Sanctions was properly served under Fed. R. Civ. P. 5 and 21 days has elapsed since such service. Plaintiff has made minor revisions to this motion since it was served, which revisions are reflected through the use of Track Changes. This Motion is supported by the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   BACKGROUND FACTS

Plaintiff Heidi Powell is a fitness celebrity who has published several books, has appeared on various television shows, and is very active in online media. She is well known in the fitness community, and has been featured on ABC's reality weight-loss television show Extreme Weight Loss. Years ago, Plaintiff attempted to obtain the domain name <heidipowell.com>. She assumed the domain name was available because it was merely "parked"—the public face of the website was a placeholder and had never been put into use. She soon found, however, that the domain name was not available because it had been reserved by someone else—Defendant Kent Powell—who was merely parking the domain name and had been for years. Plaintiff made various attempts to reach out to try to purchase the domain name. Defendants generally resisted and, at one point, demanded $50,000. Sometime thereafter, Defendants, for the first time, posted content on the site, linking to their web development and design services to exploit the increased traffic intended for Plaintiff.[1]

---

[1] Based on Plaintiff's counsel's recollection, Iin a conference call between Plaintiff's counsel and defense counsel, defense counsel stated Defendants have, in fact, received mistaken inquiries from gyms. Defense counsel has since clarified that he meant Defendants "had been harassed by hang-up calls from a gym in the Phoenix area" and that their "clients believe Plaintiff is responsible for the harassment." While this was not how Plaintiff's counsel understood the conversation, it is possible that defense counsel's statements were intended to convey this alternative meaning.

JABURG|WILK
Attorneys at Law

1    Plaintiff filed a lawsuit based on cybersquatting because the domain name, which

2    was registered by Defendant Kent Powell, had sat dormant and unused for years and

3    was only recently populated with content to exploit the value created by Plaintiff's

4    interest in the site and by web-traffic confusion. Cybersquatting exists where a party

5    registers and "parks" a domain name solely for the purpose of keeping it from others

6    and exploiting someone else's trademark. That is what appears to have happened here.

7    However, Plaintiff never had and never has taken any action to cause the ~~website~~

8    domain registrar to remove registration, transfer, disable, cancel, or in any way disrupt

9    Defendants' possession of the ~~website~~domain.

10    Before Defendants filed the Answer and Counterclaim, Plaintiff offered to

11    dismiss the lawsuit if Defendants would simply provide proof of use of the domain

12    name for email prior to Plaintiff's use in commerce in connection with her trademark.

13    *See* Letter dated August 26, 2016, attached hereto as **<u>Exhibit A</u>**.

14    Defendants refused to provide the information requested by Plaintiff in the

15    August 26 letter and instead filed the Answer and Counterclaim on September 9, 2016.

16    Also on September 9, 2016, Plaintiff offered to dismiss the complaint in exchange for

17    Defendants dismissing the counterclaims. Defendants accepted. The parties entered into

18    an agreement to mutually dismiss the lawsuit with prejudice. Plaintiff drafted and

19    provided the joint stipulation to Defendants. Thereafter, Defendants sent a letter

20    purporting to revoke the agreement and threatening to file a Rule 11 motion if Plaintiff

21    did not unilaterally dismiss the complaint.

22    On September 15, 2016, Plaintiff moved to voluntarily dismiss her complaint.

23    Defendants opposed Plaintiff's voluntary dismissal on grounds the motion did not

24    specifically dismiss the claims with prejudice and did not include an award of fees to

25    Defendants. Plaintiff soon learned that Defendants and defense counsel decided to use

26    an aggressive litigation stance to generate publicity for themselves and their law firm.

JABURG|WILK
Attorneys at Law

1   Defense counsel are representing Defendants on a *pro bono* basis, presumably because

2   Plaintiff is a fitness celebrity, and the case, therefore, had the potential to be high

3   profile. Defendants began issuing press releases nationally and generating buzz around

4   their aggressive litigation stance.

5        Plaintiff's reply in support of her voluntary motion to dismiss indicated

6   Defendants' counterclaims were meritless based on the plain language of the statute.

7   (Doc. 17). Plaintiff had never taken action to cause the registrar to do anything

8   concerning the ~~website~~domain. The reply also indicated that Defendants do not own the

9   ~~website~~ domain name at issue because it remained the property of Defendants'

10  bankruptcy estate.

11       Defendants immediately filed a surreply arguing the counterclaims were not

12  meritless because Plaintiff had taken action to "lock" the domain. (Doc. 19). As

13  evidence, Defendants attached a printout of the WHOIS website information, where the

14  status of the site shows it is locked. (Doc. 19-2). Defendants' Counterclaim generally

15  alleges that "Plaintiff's allegations have resulted in the disabling and/or suspension the

16  heidipowell.com domain name thereby limiting Mr. and Mrs. Powell's lawful use of the

17  domain name." (Doc. 13, Counterclaim ¶ 45). However, the lock on the site is a default

18  lock placed on all domains by GoDaddy to help counteract hackers' efforts to

19  commandeer and steal websites. A registrant simply needs to click a button to remove

20  the lock. Plaintiff did not place the lock on the site. And, in fact, the lock has existed

21  since as early as November 24, 2013, long before Plaintiff took any action related to the

22  domain name. *See* Domain Tools Report for <www.heidipowell.com> dated May 2,

23  2016, attached hereto as **Exhibit B**.

24       When Defendants refused to dismiss the counterclaims, Plaintiff was forced to

25  file an answer. (Doc. 21). Within hours of filing the answer, Defendants filed a motion

26  for judgment on the pleadings as to its counterclaims. (Doc. 22). As a result of

Defendants' unjustified aggressive litigation tactics, Plaintiff was forced to incur the expense of further defending against the frivolous counterclaims.

The multiple filings by Defendants in the case misrepresent that Defendants own the domain name. Defendants filed bankruptcy in 2012 and failed to list the domain name on their bankruptcy schedules. Thus, the asset remained the property of the bankruptcy estate upon discharge.

## II.   ARGUMENT

### A.   Defendants' Pursuit of the Counterclaim Violate Rule 11 of the Federal Rules of Procedure; Sanctions are Appropriate.

Defendants' counterclaims have neither legal nor factual basis. Rule 11(b), Fed. R. Civ. P., provides that a party presenting a pleading or motion to the court thereby certifies, *inter alia*, that the filing "is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation," that "the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument," and that "the factual contentions have evidentiary support." Fed. R. C. P. 11(b)(1)–(3).

The U.S. Supreme Court makes clear that the objective of Rule 11 is to deter baseless filings and curb abuses. *Business Guides, Inc. v. Chromatic Communications Enterprises, Inc.*, 498 U.S. 533 (1991). The Court has held that an attorney who signs the paper without a substantiated belief "shall" be penalized by "an appropriate sanction." *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 393-394 (1990). Such a sanction may include payment of expenses. *Id.* Although the Rule is read in light of concerns that it will spawn satellite litigation and chill vigorous advocacy, any interpretation must "give effect to the Rule's central goal of deterrence." *Id.*

If, after notice and a reasonable opportunity to respond, the court determines that Rule 11 has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation. Fed.

R. Civ. P. 11(c)(1). The sanction may include reasonable attorney fees, including attorney fees incurred for the motion. Rule 11(c)(2), (4).

Under Rule 11(c)(2), a party is entitled to a 21 day period, following service of a motion for sanctions, to withdraw an offending pleading before it can be the subject of a sanctions award. In accordance with that provision of the Rule, this Motion was served on Defendants, on October 4, 2016, by both e-mail and U.S. mail.

### 1. The Counterclaim Fails as a Matter of Law.

#### a) Defendants do not own the domain name at issue.

A bankruptcy debtor has an affirmative duty to disclose assets in bankruptcy, and failure to do so means the asset remains the property of the bankruptcy estate and does not revert to the debtor upon discharge. *Cusano v. Klein*, 264 F.3d 936, 946 (9th Cir. 2001) (citing *Stein v. United Artists Corp.,* 691 F.2d 885, 893 (9th Cir. 1982)). Defendants filed a Chapter 7 bankruptcy in 2012 and failed to disclose the domain name as an asset on their bankruptcy schedules. *See* Chapter 7 Voluntary Petition (dkt. 1), *In re Powell*, 12-11140-MLB (Bankr. W.D. Wash. Feb. 8, 2012). Thus, the domain name remains the property of the bankruptcy estate. Indeed, the bankruptcy trustee recently re-opened the bankruptcy for the purpose of disposing of the asset. *See Ex Parte* Order Re-Opening Chapter 7 Case (dkt. 20), *In re Powell*, 12-11140-MLB (Bankr. W.D. Wash. Sep. 19, 2016). Since Defendants do not own the domain name at issue, they cannot pursue the counterclaims concerning the domain name.

Defendants are aware that Defendants do not own the ~~website~~domain. Even if Defendants were not aware at the time they filed the Counterclaim, they soon learned this fact. In the media coverage generated by Defendants, one article quotes defense counsel on the issue of the bankruptcy. At the very latest, Defendants learned that Defendants did not own the ~~website~~ domain name when Plaintiff filed her reply in support of her voluntary motion to dismiss. Nevertheless, Defendants, thereafter, filed a

surreply and followed it with a motion for judgment on the pleadings. It appears Defendants are pressing these counterclaims and forcing Plaintiff to incur unnecessary costs as leverage to obtain the ~~website~~ domain for Defendants. Although the counterclaims lack any basis whatsoever (as detailed further below), Defendants ha~~ves~~ proposed that they will drop the counterclaims if Plaintiff will buy the domain name out of bankruptcy and transfer it back to Defendants. *See* demand letter dated September 29, 2016, attached hereto as **Exhibit C** (proposing, *inter alia*, "[y]our client will purchase the HeidiPowell.com domain name from the bankruptcy trustee and simultaneously transfer ownership of the HeidiPowell.com domain name back to Mr. and Mrs. Powell in a manner that will not cause any disruption to their ability to use the HeidiPowell.com domain name."). Thus, Defendants are aware Defendants do not own the domain name at issue. Their efforts in pressing the meritless counterclaims are in bad faith.

> **b)** **The relied-upon statutes do not provide relief because they require action by a "registry, registrar, or other registration authority."**

Defendants pled two causes of action under the Anticybersquatting Consumer Protection Act ("ACPA"), a subpart of Lanham Act § 32, 15 U.S.C. § 1114. Defendants' first count, under 15 U.S.C. § 1114(2)(D)(v), provides as follows:

> A domain name registrant whose domain name has been suspended, disabled, or transferred under a policy described under clause (ii)(II) may, upon notice to the mark owner, file a civil action to establish that the registration or use of the domain name by such registrant is not unlawful under this chapter. The court may grant injunctive relief to the domain name registrant, including the reactivation of the domain name or transfer of the domain name to the domain name registrant.

The phrase "a policy described under clause (ii)(II)" refers to "the implementation of a reasonable policy by such registrar, registry, or authority prohibiting the registration of a domain name that is identical to, confusingly similar to,

or dilutive of another's mark." 15 U.S.C. § 1114(2)(D)(ii)(II). The only remedy available is injunctive relief to reverse the action taken under the registrar's policy. *Id*. § 1114(2)(D)(v)). Initially, without ownership of the domain, Defendants have no cause of action under this part of the statute. And, in any event, the domain name has not been suspended, disabled, or transferred under such a policy—and certainly not by Plaintiff. The ~~originally cited~~ lock on the ~~website~~ domain ~~is~~ was a default status, and Defendants ~~are~~ were able to remove it themselves. The lock existed on the site since long before "Plaintiff's allegations" could have possibly caused any disruption of Defendants' possession.

Thus, Defendants' first cause of action has no basis in fact or law.

Defendants' second cause of action, under 15 U.S.C. § 1114(2)(D)(iv), similarly provides as follows:

> (iv) **If a registrar, registry, or other registration authority takes an action described under clause (ii) based on a knowing and material misrepresentation** by any other person that a domain name is identical to, confusingly similar to, or dilutive of a mark, the person making the knowing and material misrepresentation shall be liable for any damages, including costs and attorney's fees, incurred by the domain name registrant as a result of such action. The court may also grant injunctive relief to the domain name registrant, including the reactivation of the domain name or the transfer of the domain name to the domain name registrant.

There, the "action described under clause (ii)" refers to actions taken by either a court order or a registrar, registry, or other registration authority to refuse registration, remove registration, transfer, temporarily disable, or permanently cancel a domain name. *Id*. § 1114(2)(D)(iv). A claim under this subsection is essentially a claim for abuse of process or malicious prosecution, and it comes with a heavy burden of proof. *See* 5 McCarthy on Trademarks and Unfair Competition § 25A:38 (4th ed.) ("[T]he

burden of proving such a claim is heavy, requiring proof that the mark owner made a 'knowing and material misrepresentation.'").

Here, "a registrar, registry, or other registration authority" ~~has~~ had taken no action as of the date this Motion was served~~to date~~. Plaintiff has not made any "knowing and material misrepresentation." Plaintiff has a valid trademark in her name. Defendants have parked a domain name that is identical to Plaintiff's mark. Everything stated in the lawsuit was true. Nevertheless, the lock on the domain name has existed since at least November of 2013, long prior to any action by Plaintiff. "Plaintiff's allegations" could not have possibly elicited the lock on the ~~website~~domain. Importantly, Defendants could have ~~can~~ removed the previously existing lock with the click of a button if they cho~~o~~se to do so. Thus, Defendants' second cause of action is also unfounded.

<blockquote>
c)   <b>The relied-upon statutes do not provide for statutory damages for Defendants.</b>
</blockquote>

Defendants prayed for an award of statutory damages in the maximum amount of $100,000.00 against Plaintiff pursuant to 15 U.S.C. § 1117(d). As was likely intended by Defendants, this requested relief became the subject of media attention with the media speculating that celebrity Heidi Powell could be ordered to pay Defendants $100,000. The cited provision, however, while an attractive carrot for the media, is wholly inapplicable to Defendants' claims in this case.

15 U.S.C. § 1117(d) provides that "[i]n a case involving a violation of section 1125(d)(1) of this title, <b>the plaintiff</b> may elect, at any time before final judgment is rendered by the trial court, to recover, instead of actual damages and profits, an award of statutory damages in the amount of not less than $1,000 and not more than $100,000 per domain name, as the court considers just."

Defendants counterclaims are alleged under provisions of 15 U.S.C. § 1114. (Doc. 13). Defendants are not, and never have been, the plaintiff in a case involving violation of section 1125(d)(1), which is the cyberpiracy prevention provision—the

1  basis of Plaintiff's claims. Section 1125(d)(1) provides protection to trademark owners

2  against the bad faith intent to profit from use of their mark. Section 1117(d) is express

3  and unambiguous that statutory damages are only recoverable by the plaintiff.

**B.      Sanctions Are Also Appropriate Under 28 U.S.C. § 1927.**

5          In addition to Rule 11, the Court may award sanctions under 28 U.S.C. § 1927.

6  The statute provides that "any attorney . . . who so multiplies the proceedings in any

7  case unreasonably and vexatiously may be required by the court to satisfy personally the

8  excess costs, expenses, and attorneys' fees reasonably incurred because of such

9  conduct." 28 U.S.C. § 1927.

10         For the same reasons articulated in the preceding sections, the Court should

11  assess sanctions under 28 U.S.C. § 1927. Plaintiff indicated a willingness to dismiss the

12  lawsuit before Defendants even prepared Defendants' answer. Shortly thereafter,

13  Plaintiff agreed to mutually dismiss the lawsuit even without the requested evidence of

14  use. Plaintiff then unilaterally dismissed the lawsuit even after Defendants purported to

15  withdraw its assent to the agreed-upon mutual dismissal. Defendants are aware

16  Defendants do not own the domain name and that the counterclaims have no merit.

17  Nevertheless, Defendants continues to zealously pursue the counterclaims. Thus,

18  Defendants should reimburse Plaintiff for the unnecessary expenses incurred defending

19  against the frivolous Counterclaim.

20  **III.     CONCLUSION**

21         For the foregoing reasons, Plaintiff Heidi Powell respectfully requests that the

22  Court assess sanctions against Defendant's and defense counsel under Rule 11(c) and 28

23  U.S.C. § 1927 for continuing to pursue a frivolous counterclaim for an improper

24  purpose and for unreasonably and vexatiously multiplying the proceedings of this case.

25  Plaintiff requests its reasonable attorney fees incurred in defending against the

26  counterclaim and in making this Motion for Sanctions.

JABURG|WILK
Attorneys at Law

DATED this 1st day of November, 2016.

**Jaburg & Wilk, P.C.**

/s/Maria Crimi Speth
Maria Crimi Speth
Laura Rogal
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that on October 4, 2016, I emailed and mailed by First Class Mail Plaintiff's Motion for Sanctions to:

David E. Weslow
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Ari Scott Meltzer
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

I hereby certify that on November 1, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David E. Weslow
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Ari Scott Meltzer
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

/s/Debra Gower

EXHIBIT A



3200 N. Central Avenue, 20th Floor, Phoenix, AZ 85012

jaburgwilk.com

**Maria Crimi Speth**

mcs@jaburgwilk.com
602.248.1089 - Direct Phone
602.248.0522 - Main Fax

August 26, 2016

**Via E-Mail dweslow@wileyrein.com**

David E. Weslow
Wiley Rein, LLP
1776 K Street NW
Washington, DC 20006

Gary J. Jaburg
Lawrence E. Wilk
Roger L. Cohen
Mitchell Reichman
Beth S. Cohn
Kraig J. Marton
Ronald M. Horwitz
Maria Crimi Speth
Neal H. Bookspan
Kathi M. Sandweiss
Mervyn T. Braude
Lauren L. Garner
Michelle C. Lombino
Janessa E. Koenig
Mark D. Bogard
David N. Farren
David L. Allen
Laurence B. Hirsch
Nathan D. Meyer
Jason B. Castle
Douglas O. Guffey
C. Cole Crabtree
Erick S. Durlach
Thomas S. Moring
Matthew T. Anderson
Laura A. Rogal
Amy M. Horwitz
Nichole H. Wilk
Jeffrey A. Silence
Aaron K. Haar
Carissa K. Seidl
Michael B. Dvoren
Micalann C. Pepe

Re:      *Powell v. Powell*

Dear Mr. Weslow:

I am in receipt of your letter of August 15, 2016.  As I mentioned in my email, please note that the email addresses that you have in the email line of your letter are incorrect for both me and Laura Rogal.  My email address is above, and Ms. Rogal's is lar@jaburgwilk.com

Initially, I note that my client has no intention to bully or harm your client.  Indeed, my client has made numerous overtures to purchase the domain name for fair value. Your letter ignores the reality that your client benefits from the misdirection of traffic that is intended for my client and from the search engine ranking that her website receives when those looking for my client search her name. You euphemistically refer to this as "personal value" to your client.

I also note that neither I nor my client had any knowledge of a bankruptcy nor of PTSD and it is entirely unclear how you think we would know that.

Importantly, I do not believe that your *pro bono* client has told you the full story. We know that the domain name was parked at relevant times and we do not believe it was being used by your client until <u>after</u> my client became famous. The ACPA requires only that your client has a bad faith intent to profit from using my client's trademark as a domain name. Notably, the statute applies where the domain owner registers, traffics in, <u>or</u> uses a domain name that is identical or confusingly similar to a trademark. While a finding of bad faith is essential, "evidence of bad faith may arise well after registration of the domain name." *Lahoti v. VeriCheck, Inc.*, 586 F.3d 1190, 1202 (9th Cir. 2009). Congress intended the cybersquatting statute to make rights to a domain name registration contingent on ongoing conduct rather than make them fixed at the time of registration. *Storey v. Cello Holdings, L.L.C.*, 347 F.3d 370, 385 (2d Cir. 2003).

We strongly disagree that your client has trademark priority over my client.

**JABURG WILK**

Attorneys at Law

David E. Weslow
August 26, 2016
Page 2

There is no evidence that your client has any trademark rights in the name and certainly no trademark rights that predate our client's trademark rights.

Your letter states that your clients used the domain name since purchase for email services and to promote various home-based businesses. Again, that is not our understanding. If you provide proof of legitimate use of the domain name (rather than it being parked) that predates my client's use in commerce in connection with her trademark, we will withdraw the lawsuit.

Finally, I would like to revisit the possibility of a win-win resolution. In light of your client's bankruptcy, it would seem that a purchase of the domain name by my client would be a mutually beneficial result. If your client would reconsider, please feel free to contact me.

During our discussions, we are amenable to an open extension of time to answer the complaint. I look forward to hearing from you.

Sincerely,

**JABURG & WILK, P.C.**

Maria Crimi Speth

MCS:mcs
cc: Client

EXHIBIT B



# Domain Report - HeidiPowell.com

Domain Name    **HeidiPowell.com**

Prepared On    **May 2, 2016**

120 x 180

# About This Report

This report documents a thorough analysis of the Internet domain name "**HeidiPowell.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

© 2016 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of May 2, 2016*

## Ownership

| | |
|---|---|
| Registered Owner | **kent powell** |
| Owned Domains | **About 25 other domains** |
| Registrar | **godaddy.com, llc** |

## Registration

| | |
|---|---|
| Created | **Nov 26, 2005** |
| Expires | **Nov 26, 2016** |
| Updated | **Oct 18, 2015** |
| Domain Status | **Parked** |
| Whois Server | **whois.godaddy.com** |
| Name Servers | **domaincontrol.com** |

## Network

| | |
|---|---|
| Website IP Address | **50.63.202.56** |
| IP Location | **United States-Arizona-Scottsdale Godaddy.Com Llc** |
| IP ASN | **AS26496** |

# Current Whois Record

*Reported on May 2, 2016*

```
Domain Name: HEIDIPOWELL.COM
Registrar URL: http://www.godaddy.com
Registrant Name: kent powell
Registrant Organization:
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned

For complete domain details go to:
http://who.godaddy.com/whoischeck.aspx?domain=HEIDIPOWELL.COM
```

 © 2016 DomainTools, LLC All Rights Reserved

# Ownership History

### Whois History for HeidiPowell.com

DomainTools has 23 distinct historical ownership records for HeidiPowell.com. The oldest record dates Oct 15, 2007. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

### About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

 © 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 18, 2016

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-10-18T01:20:30Z
Creation Date: 2005-11-26T21:54:38Z
Registrar Registration Expiration Date: 2016-11-26T21:54:38Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 2950 Newmarket St #101-128
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: US
Registrant Phone: +1.3604107088
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: gaptoothheidi@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Heidi Powell
Admin Organization:
Admin Street: 2950 Newmarket St #101-128
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: US
Admin Phone: +1.3604107088
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: gaptoothheidi@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Heidi Powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: US
Tech Phone: +1.3604107088
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

 © 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 1, 2015

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-10-18T01:20:30Z
Creation Date: 2005-11-26T21:54:38Z
Registrar Registration Expiration Date: 2016-11-26T21:54:38Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 2950 Newmarket St #101-128
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone: +1.3604107088
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: gaptoothheidi@gmail.com
Registry Admin ID:
Admin Name: Heidi Powell
Admin Organization:
Admin Street: 2950 Newmarket St #101-128
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: +1.3604107088
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: gaptoothheidi@gmail.com
Registry Tech ID:
Tech Name: Heidi Powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: +1.3604107088
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

 © 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 24, 2015

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-10-18T01:20:30Z
Creation Date: 2005-11-26T21:54:38Z
Registrar Registration Expiration Date: 2016-11-26T21:54:38Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 2950 Newmarket St #101-128
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone: +1.3604107088
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: gaptoothheidi@gmail.com
Registry Admin ID:
Admin Name: Heidi Powell
Admin Organization:
Admin Street: 2950 Newmarket St #101-128
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: +1.3604107088
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: gaptoothheidi@gmail.com
Registry Tech ID:
Tech Name: Heidi Powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: +1.3604107088
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

 © 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 20, 2015

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-09-11T16:55:11Z
Creation Date: 2005-11-26T21:54:38Z
Registrar Registration Expiration Date: 2015-11-26T21:54:38Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 3797 Magrath Rd
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone: +1.3604107088
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: gaptoothheidi@gmail.com
Registry Admin ID:
Admin Name: Heidi Powell
Admin Organization:
Admin Street: 3797 Magrath Rd
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: +1.3604107088
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: gaptoothheidi@gmail.com
Registry Tech ID:
Tech Name: Heidi Powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: +1.3604107088
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

 © 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 21, 2015

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-09-11T16:55:11Z
Creation Date: 2005-11-26T21:54:38Z
Registrar Registration Expiration Date: 2015-11-26T21:54:38Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 3797 Magrath Rd
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone: +1.3604107088
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: gaptoothheidi@gmail.com
Registry Admin ID:
Admin Name: Heidi Powell
Admin Organization:
Admin Street: 3797 Magrath Rd
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: +1.3604107088
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: gaptoothheidi@gmail.com
Registry Tech ID:
Tech Name: Heidi Powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: +1.3604107088
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

 © 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 29, 2015

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-09-11T16:55:11Z
Creation Date: 2005-11-26T21:54:38Z
Registrar Registration Expiration Date: 2015-11-26T21:54:38Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 3797 Magrath Rd
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone: +1.3604107088
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: gaptoothheidi@gmail.com
Registry Admin ID:
Admin Name: Heidi Powell
Admin Organization:
Admin Street: 3797 Magrath Rd
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: +1.3604107088
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: gaptoothheidi@gmail.com
Registry Tech ID:
Tech Name: Heidi Powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: +1.3604107088
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

 © 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 15, 2014

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-09-11 11:55:11
Creation Date: 2005-11-26 16:54:38
Registrar Registration Expiration Date: 2015-11-26 16:54:38
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 3797 Magrath Rd
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone: +1.3604107088
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: gaptoothheidi@gmail.com
Registry Admin ID:
Admin Name: Heidi Powell
Admin Organization:
Admin Street: 3797 Magrath Rd
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: +1.3604107088
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: gaptoothheidi@gmail.com
Registry Tech ID:
Tech Name: Heidi Powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: +1.3604107088
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

 © 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Aug 30, 2014

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-10-17 00:20:11
Creation Date: 2005-11-26 16:54:38
Registrar Registration Expiration Date: 2014-11-26 16:54:38
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 3797 Magrath Rd
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: nocontactsfound@secureserver.net
Registry Admin ID:
Admin Name: kent powell
Admin Organization:
Admin Street: 3797 Magrath Rd
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: 360-671-8582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: kent@kentpowell.com
Registry Tech ID:
Tech Name: kent powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: 360-671-8582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

 © 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2016 DomainTools, LLC All Rights Reserved

## Whois Record on May 13, 2014

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-10-17 00:20:11
Creation Date: 2005-11-26 16:54:38
Registrar Registration Expiration Date: 2014-11-26 16:54:38
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 3797 Magrath Rd
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: nocontactsfound@secureserver.net
Registry Admin ID:
Admin Name: kent powell
Admin Organization:
Admin Street: 3797 Magrath Rd
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: 360-671-8582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: kent@kentpowell.com
Registry Tech ID:
Tech Name: kent powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: 360-671-8582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

 © 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

## Whois Record on Feb 4, 2014

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-10-17 00:20:11
Creation Date: 2005-11-26 16:54:38
Registrar Registration Expiration Date: 2014-11-26 16:54:38
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 3797 Magrath Rd
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: nocontactsfound@secureserver.net
Registry Admin ID:
Admin Name: kent powell
Admin Organization:
Admin Street: 3797 Magrath Rd
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: 360-671-8582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: kent@kentpowell.com
Registry Tech ID:
Tech Name: kent powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: 360-671-8582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

 © 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 29, 2013

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-10-17 00:20:11
Creation Date: 2005-11-26 16:54:38
Registrar Registration Expiration Date: 2014-11-26 16:54:38
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 3797 Magrath Rd
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: nocontactsfound@secureserver.net
Registry Admin ID:
Admin Name: kent powell
Admin Organization:
Admin Street: 3797 Magrath Rd
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: 360-671-8582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: kent@kentpowell.com
Registry Tech ID:
Tech Name: kent powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: 360-671-8582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 24, 2013

No adjacent screenshot available for this date.

```
Domain Name: HEIDIPOWELL.COM
Registry Domain ID: 268759288_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-10-17 00:20:11
Creation Date: 2005-11-26 16:54:38
Registrar Registration Expiration Date: 2014-11-26 16:54:38
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 3797 Magrath Rd
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: nocontactsfound@secureserver.net
Registry Admin ID:
Admin Name: kent powell
Admin Organization:
Admin Street: 3797 Magrath Rd
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: 360-671-8582
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: kent@kentpowell.com
Registry Tech ID:
Tech Name: kent powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: 360-671-8582
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kentdpowell@comcast.net
```

© 2016 DomainTools, LLC All Rights Reserved

```
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 26, 2013

Domain Name: HEIDIPOWELL.COM
Registrar URL: http://www.godaddy.com
Updated Date: 2012-02-01 00:01:41
Creation Date: 2005-11-26 16:54:38
Registrar Expiration Date: 2013-11-26 16:54:38
Registrar: GoDaddy.com, LLC
Registrant Name: kent powell
Registrant Organization:
Registrant Street: 3797 Magrath Rd
Registrant City: Bellingham
Registrant State/Province: Washington
Registrant Postal Code: 98226
Registrant Country: United States
Admin Name: kent powell
Admin Organization:
Admin Street: 3797 Magrath Rd
Admin City: Bellingham
Admin State/Province: Washington
Admin Postal Code: 98226
Admin Country: United States
Admin Phone: 360-671-8582
Admin Fax:
Admin Email: kent@kentpowell.com
Tech Name: kent powell
Tech Organization:
Tech Street: 3797 Magrath Rd
Tech City: Bellingham
Tech State/Province: Washington
Tech Postal Code: 98226
Tech Country: United States
Tech Phone: 360-671-8582
Tech Fax:
Tech Email: kentdpowell@comcast.net
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM

No adjacent screenshot available for this date.

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 19, 2012

No adjacent screenshot
available for this date.

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HEIDIPOWELL.COM
   Created on: 26-Nov-05
   Expires on: 26-Nov-13
   Last Updated on: 01-Feb-12

Registrant:
kent powell
3797 Magrath Rd
Bellingham, Washington 98226
United States

Administrative Contact:
   powell, kent  kent@kentpowell.com
   3797 Magrath Rd
   Bellingham, Washington 98226
   United States
   360-671-8582

Technical Contact:
   powell, kent  kentdpowell@comcast.net
   3797 Magrath Rd
   Bellingham, Washington 98226
   United States
   360-671-8582

Domain servers in listed order:
   NS51.DOMAINCONTROL.COM
   NS52.DOMAINCONTROL.COM
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 23, 2012

No adjacent screenshot available for this date.

```
Registrant:
    kent powell
    3797 Magrath Rd
    Bellingham, Washington 98226
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: HEIDIPOWELL.COM
        Created on: 26-Nov-05
        Expires on: 26-Nov-13
        Last Updated on: 01-Feb-12

    Administrative Contact:
        powell, kent  kent@kentpowell.com
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Technical Contact:
        powell, kent  kentdpowell@comcast.net
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Domain servers in listed order:
        NS51.DOMAINCONTROL.COM
        NS52.DOMAINCONTROL.COM
```

 © 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 6, 2012

No adjacent screenshot available for this date.

```
Registrant:
    kent powell
    3797 Magrath Rd
    Bellingham, Washington 98226
    United States

    Registered through: Go Daddy
    Domain Name: HEIDIPOWELL.COM
        Created on: 26-Nov-05
        Expires on: 26-Nov-13
        Last Updated on: 01-Feb-12

    Administrative Contact:
        powell, kent  kent@kentpowell.com
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Technical Contact:
        powell, kent  kentdpowell@comcast.net
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Domain servers in listed order:
        NS51.DOMAINCONTROL.COM
        NS52.DOMAINCONTROL.COM
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 20, 2011

No adjacent screenshot available for this date.

```
Registrant:
    kent powell
    3797 Magrath Rd
    Bellingham, Washington 98226
    United States

    Registered through: Domains by Computer Remedies LLC
    Domain Name: HEIDIPOWELL.COM
        Created on: 26-Nov-05
        Expires on: 26-Nov-12
        Last Updated on: 28-Aug-11

    Administrative Contact:
        powell, kent  kentdpowell@comcast.net
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Technical Contact:
        powell, kent  kentdpowell@comcast.net
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Domain servers in listed order:
        NS51.DOMAINCONTROL.COM
        NS52.DOMAINCONTROL.COM
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 28, 2010

No adjacent screenshot available for this date.

```
Registrant:
   kent powell
   3797 Magrath Rd
   Bellingham, Washington 98226
   United States

   Registered through: Domains by Computer Remedies LLC
   Domain Name: HEIDIPOWELL.COM
      Created on: 26-Nov-05
      Expires on: 26-Nov-11
      Last Updated on: 25-Nov-10

Administrative Contact:
      powell, kent  kentdpowell@comcast.net
      3797 Magrath Rd
      Bellingham, Washington 98226
      United States
      360-671-8582

Technical Contact:
      powell, kent  kentdpowell@comcast.net
      3797 Magrath Rd
      Bellingham, Washington 98226
      United States
      360-671-8582

Domain servers in listed order:
      NS51.DOMAINCONTROL.COM
      NS52.DOMAINCONTROL.COM
```

 © 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 9, 2010

No adjacent screenshot available for this date.

```
Registrant:
    kent powell
    3797 Magrath Rd
    Bellingham, Washington 98226
    United States

    Registered through: Domains by Computer Remedies LLC
    Domain Name: HEIDIPOWELL.COM
        Created on: 26-Nov-05
        Expires on: 26-Nov-10
        Last Updated on: 17-Oct-09

    Administrative Contact:
        powell, kent  kentdpowell@comcast.net
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Technical Contact:
        powell, kent  kentdpowell@comcast.net
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Domain servers in listed order:
        NS51.DOMAINCONTROL.COM
        NS52.DOMAINCONTROL.COM
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 18, 2009

No adjacent screenshot
available for this date.

```
Registrant:
    kent powell
    3797 Magrath Rd
    Bellingham, Washington 98226
    United States

    Registered through: Your Domain Name & Hosting Site
    Domain Name: HEIDIPOWELL.COM
        Created on: 26-Nov-05
        Expires on: 26-Nov-10
        Last Updated on: 17-Oct-09

    Administrative Contact:
        powell, kent  kentdpowell@comcast.net
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Technical Contact:
        powell, kent  kentdpowell@comcast.net
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Domain servers in listed order:
        NS51.DOMAINCONTROL.COM
        NS52.DOMAINCONTROL.COM
```

 © 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 27, 2009

No adjacent screenshot
available for this date.

```
Registrant:
    kent powell
    3797 Magrath Rd
    Bellingham, Washington 98226
    United States

    Registered through: Your Domain Name & Hosting Site
    Domain Name: HEIDIPOWELL.COM
        Created on: 26-Nov-05
        Expires on: 26-Nov-09
        Last Updated on: 25-Jan-09

    Administrative Contact:
        powell, kent  kentdpowell@comcast.net
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Technical Contact:
        powell, kent  kentdpowell@comcast.net
        3797 Magrath Rd
        Bellingham, Washington 98226
        United States
        360-671-8582

    Domain servers in listed order:
        NS51.DOMAINCONTROL.COM
        NS52.DOMAINCONTROL.COM
```

 © 2016 DomainTools, LLC All Rights Reserved

# Whois Record on Apr 3, 2008

No adjacent screenshot available for this date.

```
Registrant:
    kent powell
    3797 Magrath Rd
    Bellingham, Washington 98226
    United States

    Registered through: Your Domain Name & Hosting Site
    Domain Name: HEIDIPOWELL.COM
        Created on: 26-Nov-05
        Expires on: 26-Nov-09
        Last Updated on: 19-Feb-08

Administrative Contact:
    powell, kent  kentdpowell@comcast.net
    3797 Magrath Rd
    Bellingham, Washington 98226
    United States
    360-671-8582

Technical Contact:
    powell, kent  kentdpowell@comcast.net
    3797 Magrath Rd
    Bellingham, Washington 98226
    United States
    360-671-8582

Domain servers in listed order:
    NS2.DOMAINDISCOVER.COM
    NS1.DOMAINDISCOVER.COM
```

© 2016 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 15, 2007

No adjacent screenshot
available for this date.

```
Registrant:
    kent powell
    3797 Magrath Rd
    Bellingham, WA 98226
    US

    Domain Name: HEIDIPOWELL.COM

    Administrative Contact, Technical Contact, Zone Contact:
        kent powell
        3797 Magrath Rd
        Bellingham, WA 98226
        US
        360-671-8582
        kentdpowell@comcast.net

    Domain created on 26-Nov-2005
    Domain expires on 26-Nov-2007
    Last updated on 06-Apr-2006

    Domain servers in listed order:

        NS1.DOMAINDISCOVER.COM
        NS2.DOMAINDISCOVER.COM
```

 © 2016 DomainTools, LLC All Rights Reserved

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

## Registrar History

| Date | Registrar |
| --- | --- |
| Oct 18, 2015 | GoDaddy.com |
| Aug 28, 2011 | Wild West Domains |
| Nov 27, 2007 | DomainDiscover.com |

## Name Server History

| Event Date | Action | New Server | Previous Server |
| --- | --- | --- | --- |
| Jan 27, 2009 | Transfer | domaincontrol.com | domaindiscover.com |
| May 8, 2006 | Transfer | domaindiscover.com | buydomains.com |
| Nov 28, 2005 | New | buydomains.com | - |

## IP Address History

| Event Date | Action | New IP | Previous IP |
| --- | --- | --- | --- |
| Mar 17, 2016 | New | 50.63.202.56 | 184.168.221.31 |
| Sep 20, 2014 | Change | 184.168.221.31 | 184.168.221.28 |
| Jul 6, 2013 | Change | 184.168.221.28 | 50.63.202.50 |
| Jan 16, 2013 | Change | 50.63.202.50 | 68.178.232.100 |
| Feb 7, 2012 | Change | 68.178.232.100 | 64.202.189.170 |
| Apr 10, 2011 | New | 64.202.189.170 | - |
| Dec 13, 2009 | Change | 64.202.189.170 | 208.109.181.198 |
| Feb 2, 2009 | Change | 208.109.181.198 | 216.104.161.108 |
| Oct 21, 2007 | Not Resolvable | - | 216.104.161.108 |
| Oct 21, 2007 | Not Resolvable | - | 216.104.161.108 |
| Nov 28, 2005 | New | 216.104.161.108 | - |

© 2016 DomainTools, LLC All Rights Reserved

## Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

No records found for this domain.

 © 2016 DomainTools, LLC All Rights Reserved

# Connected Domains

## Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as HeidiPowell.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 2js6.com | Jan 5, 2015 | Huang SHIMING |
| alex-barnard.com | Feb 17, 2013 | Alex Barnard |
| alexbarnesmusic.org | Mar 30, 2012 | Domains By Proxy, LLC |
| alphanewsreel.org | Jan 23, 2011 | Dave Anderson |
| amax.online | Mar 4, 2016 | Amco |
| amrfarriers.co.uk | Jan 6, 2014 | Annmarie Robinson |
| anotherconceptmagazine.fr | Oct 16, 2014 | PTS Privacy Trustee Services GmbH |
| appointstaffing.com | May 16, 2015 | Domains By Proxy, LLC |
| atdaviation.biz | Feb 1, 2011 | all things digital |
| bakeanddate.com | Aug 1, 2013 | Quadreen Plc |
| beenverifiedcom.com | Nov 2, 2009 | Josh Levy |
| beinformedlive.com | Jul 29, 2007 | stickney research |
| breathelifearomatics.info | Nov 21, 2012 | Breathe Life Aromatics |
| candlelightsmarthomes.com | Mar 1, 2013 | Aspire Enterprises |
| carbizjob.com | Aug 15, 2014 | carbizjobs.com |
| carrofina.com | Apr 23, 2007 | Mark Kozyra |
| cfvmhc.us | Apr 25, 2014 | Tim Liverseidge |
| cnwong.org | Mar 12, 2016 | ALLYMADE |
| createsuccessltd.net | Feb 4, 2012 | Bethel Enterprises Ltd |
| cubajoesespresso.co | Jul 21, 2011 | The Estorino Group, Inc. |
| danapacificholdings.com | May 17, 2008 | Domains By Proxy, LLC |
| depthskincare.com | Oct 15, 2014 | Domains By Proxy, LLC |
| eventopreneur.com | Dec 4, 2015 | Marko Miljus |
| everedygroup.com | Aug 31, 2014 | Domains By Proxy, LLC |
| factorydirecthelicopters.com | Sep 24, 2008 | Michael Gibson |
| giveflix.com | Apr 15, 2014 | Domains By Proxy, LLC |
| givelocallycowboysfans.org | Sep 4, 2010 | Brad Newman |
| greenpista.com | Apr 25, 2015 | northwest consultancy |
| gurugramapartments.in | Apr 12, 2016 | Amit Solomon |
| gutedel.us | Nov 18, 2011 | Willie Gluckstern |
| healthylivestyle.co.uk | May 22, 2014 | Sebastian Kadziolka |
| hillsies.com | Jan 7, 2016 | Shawn Hill |
| hispanicactionnetwork.us | Aug 2, 2013 | United States Hispanic Prayer Action Network |
| hrpestcontrol.org | May 28, 2013 | Jamar Terry |

 © 2016 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| ibromley.com | Jan 6, 2010 | Bromley Printing, Inc. |
| icalpro.com | Dec 2, 2015 | ValLogic, LLC |
| imgnewyork.com | Apr 29, 2014 | Jeff C |
| inmateaide.net | Dec 18, 2012 | Shawn Friedkin |
| insurancecompanies.global | Sep 6, 2015 | ProfileTree |
| jonahsonline.com | Nov 22, 2013 | Tim Meade |
| kathleengregoryphd.com.au | - | Kathleen Gregory |
| kentuckywhitetailhunts.com | Nov 20, 2015 | James Gwilliam |
| lacatrinastudios.com | Sep 26, 2014 | Fernanda Leal |
| lifelovedeathandbeyond.com | Jan 28, 2016 | Heidi Olive |
| lifeonroute66.com | Apr 5, 2013 | BH Internet Group |
| localdiningmobile.com | Aug 26, 2015 | John Aramian |
| medicalrenegade.co | Dec 11, 2011 | Mary Moppins co |
| memphisintermodalgroup.com | Jun 1, 2012 | Commercial Cartage |
| moldfreehousing.com | Nov 24, 2015 | Heather Plude |
| mtpints.com | Nov 5, 2014 | Anthony Goria |
| mycelenium.com | Feb 21, 2011 | Ahmad Sultan |
| myhorsesandi.com | Nov 7, 2014 | The Beautifully Enhanced Group |
| mythankyou.us | Mar 23, 2011 | Eric Blehm |
| naadp.org | Feb 27, 2016 | Domains By Proxy, LLC |
| naumaanscomicsandtoys.com | Nov 25, 2014 | Naumaan Sheikh |
| newyearsftw.com | Aug 9, 2015 | Premier Chicago Professionals |
| numerisks.com | Dec 17, 2010 | DHASEL Innovation |
| onlinemoneyresidule.com | Aug 15, 2014 | Terry Tindall |
| oracleappsdocs.com | Oct 20, 2013 | Sashikanth Geddada |
| pimpmyband.org | Mar 12, 2014 | Arpy Simonian |
| pogiescarencro.com | May 31, 2013 | Brian Landry |
| poptika.net | Jan 28, 2013 | Domains By Proxy, LLC |
| priceyourhome.house | Jan 15, 2015 | Tanya Tyburski |
| proargi9directsales.com | Jun 20, 2013 | Tommy Bethards |
| rabbi-chow.com | Aug 3, 2009 | Belzer PC |
| rategain.es | - | Rategain.es |
| ravenhousepublishing.net | May 14, 2015 | Raven House Publishing, LLC |
| refurbishedphones.co | Jul 20, 2010 | Przemyslaw Miszczyk |
| rollofftrucksforsale-apex.com | Jun 10, 2011 | Apex Equipment |
| romancefraudsurvivor.net | Oct 27, 2014 | Jan Marshall |
| rush24-7.com | May 22, 2015 | Rush24 |
| sarasotagastricsleeve.com | Jun 11, 2010 | Domains By Proxy, LLC |
| skinnyrichard.ca | Jul 16, 2014 | Skinnyrichard.ca |
| socialroads.com | Jun 10, 2011 | Canadian Innovator |
| southtampamortgage.info | Jan 9, 2015 | Bobbie Donaldson |
| stemcellsandhair.com | Sep 15, 2012 | Domains By Proxy, LLC |
| stinkyherb.com | Jan 3, 2015 | Domains By Proxy, LLC |
| stradio.org | Mar 19, 2015 | Domain Registries Foundation |
| sucupforkids.com | May 2, 2013 | Sucup Ltd |

 © 2016 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| superatheos.com | Jul 16, 2015 | Predrag Stojadinovic |
| suzartfabric.com | Aug 13, 2015 | Suzanne Anderson |
| theethiccompany.net | Jun 25, 2015 | swathi nelabhatla |
| therockandrolltimemachine.com | Feb 10, 2015 | Brian Brehm |
| thingamabobs.ca | Oct 15, 2013 | Thingamabobs.ca |
| thomasantoon.com | Jul 8, 2010 | CHRISTOPHER ANTOON |
| todaysbestmortgagerate.net | Feb 2, 2013 | Beverly Hills Estate Group |
| top-appraiser.info | May 21, 2012 | Collins Appraisals Real Estate Appraisers |
| toraeon.mobi | Jul 2, 2015 | Domains By Proxy, LLC |
| trailerfilmfestival.com | Oct 1, 2014 | Charlie Davies |
| turchyniak.com | Mar 11, 2001 | Biomotion |
| unitedstatesanything.com | Jan 14, 2013 | Russell Halsted |
| vaporexperts.info | May 18, 2011 | MSI IMPORTS LLC |
| veganfriend.org | Jul 1, 2015 | Hotei Media |
| vlenz.net | Aug 30, 2011 | Domains By Proxy, LLC |
| wandamorrison.com | Jan 16, 2012 | Domains By Proxy, LLC |
| watsoniot.com | Dec 8, 2015 | Geoffrey Watson |
| windowsphoneradyo.com | Feb 7, 2013 | cahit cercioglu |
| worldlongestmainstreet.com | Oct 22, 2014 | Shop On Main, LLC |
| xrpprices.com | Jan 29, 2015 | Scott Ellis |
| yolandaford.org | Oct 15, 2015 | It's Blissful |

© 2016 DomainTools, LLC All Rights Reserved

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as HeidiPowell.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 41southbrew.com | Jul 31, 2015 | Domains By Proxy, LLC |
| 911-lawyer.com | Jul 19, 2012 | Domains By Proxy, LLC |
| 95qp.com | Apr 22, 2014 | Domains By Proxy, LLC |
| 95zz0022.info | Apr 6, 2016 | renzhi wang |
| acidentertainment.net | Nov 12, 2004 | Domains By Proxy, LLC |
| alwaysandeverhospicefoundation.com | Jan 19, 2011 | Domains By Proxy, LLC |
| americanautoandcycle.com | Aug 7, 2014 | Dealer Car Search |
| anizeta.com | Jan 15, 2012 | ANIZETA SOFTWARE |
| argylearmoring.com | Apr 21, 2012 | Marshall MacHugh |
| ascendsor.com | May 13, 2015 | Domains By Proxy, LLC |
| assumablemortgage.biz | Oct 15, 2010 | Trust & Esperience LLC |
| avdlm.net | Dec 18, 2009 | Disabled veterans Life Memorial Foundation, Inc. |
| bagnodesign.net | Aug 29, 2013 | Domains By Proxy, LLC |
| barbeques-happen.com | Jan 5, 2010 | Sales Happen Inc |
| beamingsounds.com | May 3, 2013 | Brent Polwey |
| bellarosediaries.com | Mar 19, 2016 | Rose Calvelo |
| best-coalition.org | Apr 15, 2015 | Aileron Communications, Inc. |
| bikeinbras.com | Mar 20, 2012 | joe volch |
| blueelephantpartners.com | Apr 1, 2013 | Ashees Jain |
| bquirky.net | Jan 8, 2014 | Domains By Proxy, LLC |
| californiaorberasurgeon.com | Mar 8, 2016 | Ellner Bariatric |
| chiliroadcafe.com | May 8, 2013 | Cecilia Tognotti |
| coastalsupply.info | Jun 20, 2011 | Domains By Proxy, LLC |
| coffeemachinesandpods.com | Dec 18, 2013 | Hashim Abbas |
| coolpuppypanels.com | Aug 14, 2012 | Clean Run Productions LLC |
| coveritmedia.org | Jul 31, 2015 | Jennifer Findley |
| davischocolate.com | Dec 8, 2010 | Domains By Proxy, LLC |
| davisjunctionrealestate.com | Jan 28, 2012 | Mark Rubley-Realtor |
| demandgeninc.com | Apr 26, 2014 | David Lewis |
| digitaltravelpr.com | Nov 13, 2013 | Domains By Proxy, LLC |
| discountspaserviceandrepair.com | May 12, 2009 | Domains By Proxy, LLC |
| doctorkowalski.com | Mar 7, 2006 | Richard Kowalski |
| domebarpaphos.com | Apr 14, 2015 | Chrysanthos Kattimeris |
| dougwhittenburg.info | Nov 6, 2013 | Douglas Whittenburg |
| exceloutreach.org | Oct 30, 2011 | Domains By Proxy, LLC |

 © 2016 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| eyesonthesource.com | Aug 20, 2012 | Eyes on the Source |
| fantasymonologue.com | Jul 14, 2010 | Jonathan Feist |
| firstaidguide.org | Feb 23, 2012 | Acute Care Solutions |
| forestmanagement.com | Apr 17, 1997 | Domains By Proxy, LLC |
| garagesale516.com | May 4, 2013 | Kerri Mentz |
| geocompinc.org | Sep 25, 2013 | Domains By Proxy, LLC |
| get2itevents.com | Feb 4, 2011 | AECCMD |
| gradeline.org | Dec 14, 2007 | Dan Manzo |
| implementblockchain.com | Apr 26, 2016 | Domains By Proxy, LLC |
| inspire-tile.com | Mar 1, 2016 | dennis foley |
| jamilaboss.com | Mar 2, 2013 | Wendy Jay Consulting |
| jeepwranglerlasvegas.com | May 16, 2015 | Chris Wooldridge |
| jgrasmick.com | Jul 3, 2015 | Joshua Grasmick |
| joshualutyisathief.com | Jun 5, 2014 | Alexander Carr |
| justinsmutko.com | Feb 2, 2011 | Domains By Proxy, LLC |
| kangacars.com | Oct 26, 2008 | Lama Web |
| kastriothasa.com | Jun 23, 2015 | kastriot hasa |
| keishapadala.com | Jun 18, 2015 | Domains By Proxy, LLC |
| kempshiffer.net | Sep 24, 2015 | Domains By Proxy, LLC |
| kentmoorecapital.com | Jan 14, 2010 | Kent Moore Capital |
| kentsfundraising.info | May 19, 2015 | David Reed |
| landbfarms.net | Jun 23, 2012 | davie swain |
| loudeskimo.com | Mar 20, 2014 | Kurt Borowiak |
| michelledunst.com | Apr 16, 2011 | Domains By Proxy, LLC |
| mikebuechele.com | Jun 25, 2008 | Michael Buechele |
| mybehomemedical.com | May 29, 2010 | Domains By Proxy, LLC |
| mydataresearch.com | Apr 11, 2015 | Muhammad Khan |
| nagf.org | Sep 11, 2013 | Next American Generation Foundation |
| noemailfridays.com | Jul 25, 2008 | Rivera Public Relations |
| notjustahashtag.info | Nov 15, 2015 | WORTHshop |
| notjustgoogle.com | Apr 6, 2015 | Mystic Consulting |
| ochulor.com | Jan 3, 2016 | Enyinna Ochulor |
| otalki.com | Feb 23, 2014 | Poor Daisy - Domains for Sale |
| parentpowerhouse.net | Apr 8, 2016 | Kenneth Ryan |
| pdxelectric.com | Jun 19, 2007 | PDX Electric |
| pentzel.com | Feb 6, 2015 | INq,llc |
| primalburgers.com | Mar 17, 2016 | PJ Miller |
| rainbowcarelink.org | Feb 18, 2008 | Pediatric Innovations Inc. |
| realpeople-realresults.com | Jul 11, 2010 | Mark Bentz |
| rogerung.com | Dec 2, 2015 | Roger Ung |
| roseshy.com | Apr 24, 2016 | XIAO LUO |
| sajalaquapure.com | Feb 11, 2016 | KAPIL KAUSHIK |
| seaboattowingcuba.com | Aug 9, 2009 | Sea Tow and Sea Spill Cuba |
| shealyskinspa.com | Apr 1, 2011 | Elizabeth Shealy |
| shemalestrokercams.com | Jul 27, 2011 | Rodnievision INC |

© 2016 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| solmaties.com | Sep 30, 2015 | Broadthink |
| soulrepose.com | Dec 5, 2013 | Marco Salinas |
| spanktheapp.com | Jul 17, 2014 | Josh Thomas |
| sportscrowd.us | Oct 14, 2013 | Julie Jones |
| sqlsamurai.com | Jan 29, 2004 | MC Services |
| statelinervpark.net | Mar 23, 2009 | SOUTHAVEN RV PARK |
| strutinconfidence.com | Oct 22, 2015 | Always A Lady |
| superiorcourtreporters.net | May 27, 2012 | The Force Court Reporting |
| supersportsseats.com | Jan 31, 2015 | ravindra bala |
| terra-simpla.com | Nov 5, 2015 | robert roeven |
| terrifictshirt.com | Feb 16, 2011 | SURREYTECK, INC |
| thatsawesomenews.com | Jun 28, 2015 | luke carter |
| theconversions.org | Jan 29, 2014 | The Conversions |
| thenonkardashian.com | Dec 22, 2015 | Cohen Law |
| thescaletales.com | Apr 11, 2011 | Joe Key |
| wallawallalawyer.net | Sep 16, 2009 | Peter Hess |
| whatelsedoyouhave.com | Jul 23, 2012 | Liesl Copland |
| windowsgates.com | Jun 9, 2011 | ben galor |
| yerushalmijewelers.com | Dec 14, 2009 | The Jewelers |
| zara-tour.com | Nov 3, 2014 | Muhammad Nahrowi |

 © 2016 DomainTools, LLC All Rights Reserved

EXHIBIT C



David E. Weslow
202.719.7525
dweslow@wileyrein.com

1776 K STREET NW
WASHINGTON, DC 20006
PHONE      202.719.7000
FAX        202.719.7049

www.wileyrein.com

September 29, 2016

**FOR SETTLEMENT PURPOSES ONLY**
**SUBJECT TO FRE 408**

**VIA EMAIL**
**mcs@jaburgwilk.com**

Maria Crimi Speth, Esq.
Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012

Re:      <u>Powell v. Powell</u>, Case No. 2:16-cv-02386 (D. Ariz.)

Dear Maria:

As an initial matter, it has come to our attention that your client recently underwent out-patient surgery.  Notwithstanding our differences with regard to this dispute, Mr. and Mrs. Powell wish your client the best of health and a speedy recovery.

With regard to the matter at hand, I hope it is now clear to you and your client that Mr. and Mrs. Powell have no desire to use the HeidiPowell.com domain name in a manner that trades off of your client's persona.  Nevertheless, it is important to Mrs. Powell to retain ownership of the domain name for her personal use (including many years' worth of e-mails, account logins, etc.).  Accordingly, we will continue to vigorously pursue this matter to the extent necessary, including our pursuit of attorneys' fees (which are now well into the tens of thousands of dollars) and a finding of reverse domain name hijacking.  Mr. and Mrs. Powell also intend to pursue every available avenue to keep your client from stealing the domain name through the bankruptcy.  Thus, if you continue to pursue this matter, not only will your client never obtain the HeidiPowell.com domain name, but she also faces the prospect of having to pay a six figure judgment on top of your fees as well as continuing publicity associated with the lawsuit given the unanimous view of the baselessness of her claims by legal scholars and reporters alike.

Although Mr. and Mrs. Powell have every right to be outraged by your client's ruthless efforts to obtain a domain name that she has no right to forcibly acquire, what they really want is to return to the status quo before your client filed her meritless lawsuit.



Maria Crimi Speth, Esq.
Jaburg & Wilk, P.C.
September 29, 2016
Page 2

Accordingly, Mr. and Mrs. Powell are willing to enter into a settlement agreement on the following terms:

- The parties will file a joint dismissal of the Complaint and Counterclaims, with prejudice;

- Mr. and Mrs. Powell will withdraw their pending request for an award of attorneys' fees and costs;

- Mr. and Mrs. Powell will agree to refrain from opposing your client's soon-to-be published trademark application;

- Your client will purchase the HeidiPowell.com domain name from the bankruptcy trustee and simultaneously transfer ownership of the HeidiPowell.com domain name back to Mr. and Mrs. Powell in a manner that will not cause any disruption to their ability to use the HeidiPowell.com domain name.

I trust that you will share this correspondence with your client.  We will keep this offer open until 5:00 p.m. Eastern Daylight Time on Monday, October 3, 2016.

Please contact me with any questions.

Sincerely,

/s/ David E. Weslow

David E. Weslow


cc:     Laura Rogal, Esq.
        Ari S. Meltzer, Esq.

14031400.2